UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW RONALD PERRY,

               Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

               Defendant.

Case No. C13-2292-TSZ-BAT

**ORDER AFFIRMING THE COMMISSIONER**

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Court **AFFIRMS** the decision of the Commissioner and this case is **DISMISSED** with prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 23rd day of July, 2014.

                                              THOMAS S. ZILLY
                                              United States District Judge